FILED
2024 Oct-28 PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

USCA11 Case: 24-13513 Document: 1-1 Date Filed: 10/28/2024 Page: 1 of 3

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FILED
2024 OCT 28 P 1:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

MITCHELL MARBURY,
Plaintiff,

CASE NO. 4:18-cv-00925-CLS-JHE

-V-

WARDEN DEWAYNE ESTES, et al.,
Defendants.

# NOTICE OF APPEAL

Comes now the plaintiff, in the above-styled cause, and submits his Notice of Appeal regarding denial of his objections and responses to the Magistrate Judges Report and Recommendation and the MEMORANDUM OPINION of the District Judge Adoption and the FINAL JUDGMENT done and ordered on the 7th day of October, 2024. Dismissing his claim With Prejudice.

Plaintiff requests this court to grant him leave to file IFP due to his financial status.

# CERTIFICATE OF SERVICE

I, Mitchell Marbury, swear, verify or states that the foregoing is true and correct and a copy of the same has been respectfully submitted upon all parties to this action in the district court by placing the same in the United States Mail Postage, Pre-paid and addressed as follows:

United States District Court
Northern District of Alabama
660 Gallatin Street, NW
Huntsville, AL 35801

Mitchell Marbury - AIS#138014
M3/2A

Date: 10/16/2024
10-16-2024

Mitchell Marbury - pro se
1000 St. Clair Rd
Springville, AL 35146

Mr. Mitchell Marbury
AIS#138014-M3/2A
1000 St. Clair Rd.
Springville, AL 35146

Legal Mail

BIRMINGHAM AL 350
BIRMINGHAM AL 350
23 OCT 2024PM 3 L
17 OCT 2024PM 2 L

quadient
FIRST-CLASS MAIL
IMI
$000.97
10/17/2024 ZIP 35146
043M31234714
US POSTAGE

Office of Clerk
United States District Court
Northern District of Alabama
660 Gallatin Street, NW
[redacted]
35801

# INMATE LEGAL MAIL

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the ADOC is not responsible for the substance or content of the enclosed communication."

23 OCT 2024PM 3 L
BIRMINGHAM AL 350