In the

# United States Court of Appeals

For the Eleventh Circuit

No. 24-13513

MITCHELL MARBURY,

*Plaintiff-Appellant,*

*versus*

WARDEN III,
WARDEN II,
CAPT. CARLA GRAHAM,

*Defendants-Appellees,*

BEVERLY WARREN
C.O.,

*Defendant.*

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 4:18-cv-00925-CLS-JHE

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 7, 2026

For the Court: DAVID J. SMITH, Clerk of Court